UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:  Use of Electronic Equipment in
the United States Courthouse and
Federal Building (Fort Myers, FL)

Case No.:  2:19-mc-11-FtM-38

_____/

## **OPINION AND ORDER**[1]

The cause is before the Court sua sponte.  Upon consideration of a request to be allowed to carry electronic equipment, including cameras, electronic measuring devices, tablets, laptops and cell phones into the United States Courthouse and Federal Building, it is

**ORDERED** that the following members of the Administrative Office (AO) staff and staff members from Jacobs, an AO contractor, be permitted to enter the U.S. Courthouse and Federal Building in Fort Myers, Florida, during the weeks of July 8, 2019 and July 15, 2019, with electronic equipment, including cameras, electronic measuring devices, tablets, laptops and cell phones for the purpose of conducting an Asset Management Planning (AMP) process.  The individual(s) must present valid picture identification, upon request, to the Court Security Officers assigned to this facility.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

| AO staff: | Jacobs Staff: |
|---|---|
| Susan Thomson<br>Alexander Oroz<br>Sean Crim<br>Suzanne Allan<br>Larry Brown | Kyle McCluskey<br>Melissa Leach<br>Amber Stewart<br>Meghan McMullen<br>Olivia Norfleet<br>Gloria Spellen |

**DONE ON BEHALF OF THE COURT** in Fort Myers, Florida this 14th day of June, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Elizabeth M. Warren, Clerk